# Third District Court of Appeal

## State of Florida

Opinion filed May 8, 2024.
Not final until disposition of timely filed motion for rehearing.

————————

Nos. 3D22-1728, 3D23-385
Lower Tribunal Nos. F88-13985, F88-13986, F85-9334

————————

**Pedro Gil,**
Appellant,

vs.

**The State of Florida,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Carlos J. Martinez, Public Defender, and Shannon Hemmendinger, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before FERNANDEZ, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Barron v. State</u>, 217 So. 3d 1088, 1091 (Fla. 3d DCA 2017) ("Applying this fundamental rule of statutory construction, we hold that the trial court was authorized under the statute to 'weigh and consider' the State's competing evaluation in assessing whether [Appellant] met his burden of establishing probable cause."); <u>Abaunza v. State</u>, 278 So. 3d 207, 210-11 (Fla. 1st DCA 2019) ("[O]ur standard of review limits us to determining whether the trial court's conclusion was supported by competent substantial evidence . . . We find that the trial court's ruling is supported by competent substantial evidence . . . . We view the evidence as did the trial court, as falling short of establishing probable cause.").